| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | **Kevin Jeffery Shoemaker** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | |
| Case number | **25-71202** | |
| (if known) | | |

■ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  |  | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B................................................................. | $    **384,400.00** |
|  | 1b. Copy line 62, Total personal property, from Schedule A/B...................................................... | $    **36,712.00** |
|  | 1c. Copy line 63, Total of all property on Schedule A/B.................................................................. | $    **421,112.00** |

### Part 2:    Summarize Your Liabilities

|  |  | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    **165,214.88** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $    **0.00** |
|  | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $    **2,228.25** |

**Your total liabilities** $    **167,443.13**

### Part 3:    Summarize Your Income and Expenses

|  |  |  |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $    **4,985.58** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.......................................................................... | $    **4,009.82** |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1   **Kevin Jeffery Shoemaker**                                    Case number *(if known)*  **25-71202**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ **3,592.25**

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Fill in this information to identify your case:

Debtor 1 __**Kevin Jeffery Shoemaker**__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __EASTERN DISTRICT OF VIRGINIA__

Case number __**25-71202**__
(If known)

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter
13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ■ No

   Do not list Debtor 1 and Debtor 2.   ☐ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

|  |  | **Your expenses** |
|---|---|---|

| | | | |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | **1,508.75** |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | **0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | **0.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | **75.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ | **0.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **0.00** |

Debtor 1   **Kevin Jeffery Shoemaker**                          Case number (if known)   **25-71202**

6.  **Utilities:**
    6a.  Electricity, heat, natural gas                                6a.  $ **235.00**
    6b.  Water, sewer, garbage collection                           6b.  $ **235.00**
    6c.  Telephone, cell phone, Internet, satellite, and cable services   6c.  $ **106.00**
    6d.  Other. Specify:                                            6d.  $ **0.00**
7.  **Food and housekeeping supplies**                             7.  $ **600.00**
8.  **Childcare and children's education costs**                   8.  $ **0.00**
9.  **Clothing, laundry, and dry cleaning**                        9.  $ **96.00**
10. **Personal care products and services**                        10.  $ **50.00**
11. **Medical and dental expenses**                                11.  $ **200.00**
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                                   12.  $ **100.00**
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**   13.  $ **0.00**
14. **Charitable contributions and religious donations**           14.  $ **0.00**
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a.  Life insurance                                           15a.  $ **0.00**
    15b.  Health insurance                                         15b.  $ **0.00**
    15c.  Vehicle insurance                                        15c.  $ **120.00**
    15d.  Other insurance. Specify:                                15d.  $ **0.00**
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:  **tags, inspections, personal property taxes**       16.  $ **75.00**
17. **Installment or lease payments:**
    17a.  Car payments for Vehicle 1                               17a.  $ **499.07**
    17b.  Car payments for Vehicle 2                               17b.  $ **0.00**
    17c.  Other. Specify:                                          17c.  $ **0.00**
    17d.  Other. Specify:                                          17d.  $ **0.00**
18. **Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**   18.  $ **0.00**
19. **Other payments you make to support others who do not live with you.**   $ **0.00**
    Specify:                                                       19.
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***
    20a.  Mortgages on other property                             20a.  $ **0.00**
    20b.  Real estate taxes                                       20b.  $ **0.00**
    20c.  Property, homeowner's, or renter's insurance            20c.  $ **0.00**
    20d.  Maintenance, repair, and upkeep expenses                20d.  $ **0.00**
    20e.  Homeowner's association or condominium dues             20e.  $ **0.00**
21. **Other:** Specify:   **Dog food/maintenance**                 21.  +$ **110.00**

22. **Calculate your monthly expenses**
    22a. Add lines 4 through 21.                                            $ **4,009.82**
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $
    22c. Add line 22a and 22b.  The result is your monthly expenses.        $ **4,009.82**

23. **Calculate your monthly net income.**
    23a.  Copy line 12 *(your combined monthly income)* from Schedule I.   23a.  $ **4,985.58**
    23b.  Copy your monthly expenses from line 22c above.                  23b.  -$ **4,009.82**

    23c.  Subtract your monthly expenses from your monthly income.
          The result is your *monthly net income*.                        23c.  $ **975.76**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ■ No.
    ☐ Yes.     Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin Jeffery Shoemaker** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number | **25-71202** |
| (if known) | |

■ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Kevin Jeffery Shoemaker** | X _____ |
|---|---|
| **Kevin Jeffery Shoemaker** | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Date  **November 17, 2025** | Date _____ |

Official Form 106Dec                **Declaration About an Individual Debtor's Schedules**

# United States Bankruptcy Court
## Eastern District of Virginia

| | | |
|---|---|---|
| In re   **Kevin Jeffery Shoemaker** | Case No. | **25-71202** |
| Debtor(s) | Chapter | **13** |

### AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

☐    Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
     *Check if applicable:* ☐ Soc. Sec. No. amended. **[*If applicable***: An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's office on _____.*]**

☑    Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
☑    Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
☐    Schedule A/B – Property
☐    Schedule C – The Property You Claim as Exempt
☐    Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
☐    Schedule E/F – Creditors Who Have Unsecured Claims (See LBR 1009-1)
     *(**$34.00 fee required** if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* **Check applicable statement(s):**
       ☐   **Creditor(s) added**      ☐   **Creditor(s) deleted**
       ☐   **Change in amounts owed or classification of debt**
       ☐   **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**
       ☐   **Post-petition creditors added (Schedule of Unpaid Debts)**
     **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**
☐    Schedule G – Executory Contracts and Unexpired Leases
☐    Schedule H – Your Codebtors
☐    Schedule I – Your Income
☑    Schedule J – Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires that this cover sheet together with a completed Official Form 121 – Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for "restricted" entry of the amended Social Security Number into the case record.]**

☐    Statement of Financial Affairs
☐    Statement of Intention for Individuals Filing Under Chapter 7
☐    Chapter 11 List of Equity Security Holders
☐    Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders
☐    Attorney's Disclosure of Compensation
☐    Other: ____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: ____.

Date:   11/17/25

         /s/ Steve C. Taylor
         **Steve C. Taylor**
         Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
         State Bar No.:    **31174 VA**
         Mailing Address:   **The Alliance Bankruptcy Group, PLLC**
                           **133 Mt Pleasant Rd**
                           **Chesapeake, VA 23322-4156**
         Telephone No.:   **757-482-5705**

[amendcs ver. 12/23]